(04 South. 674.)

No. 20,348.

VERMILION SUGAR CO. v. LEGE.

In re LEGE.

(Feb. 2, 1914.   Rehearing Denied March 16, 1914.)

Action by the Vermilion Sugar Company against F. Despane Lege. The Court of Appeals reversed a judgment for defendant, and he applies for certiorari or writ of review. Reversed and rendered.

Kitchell & Bailey, of Abbeville, for relator. Minos T. Gordy, Jr., of Abbeville, for respondent.

SOMMERVILLE, J.   For the reasons assigned in the case entitled Vermilion Sugar Company v. Louis Vallee, In re Louis Vallee, Applying for Certiorari or Writ of Review to the Court of Appeals, Parish of Vermilion, State of Louisiana, 64 South. 670. ante, p. 661, and numbered 20,344, this day decided.

It is ordered, adjudged, and decreed that the judgment of the Court of Appeals in this case be annulled, avoided, and reversed, and the judgment of the district court be reinstated and made the judgment of this court; costs to be paid by the plaintiff company in all courts.

PROVOSTY, J., being absent on account of illness, took no part.

━━━━

(64 South. 674.)

No. 20,349.

VERMILION SUGAR CO. v. LEGE.

In re LEGE.

(Feb. 2, 1914.   Rehearing Denied March 16, 1914.)

Action by the Vermilion Sugar Company against Feregus Lege. The Court of Appeals reversed a judgment for defendant, and he applies for certiorari or writ of review. Reversed and rendered.

Kitchell & Bailey, of Abbeville, for relator. Minos T. Gordy, Jr., of Abbeville, for respondent.

SOMMERVILLE, J.   For the reasons assigned in the case entitled Vermilion Sugar Company v. Louis Vallee, In re Louis Vallee, Applying for Certiorari or Writ of Review to the Court of Appeals, Parish of Vermilion, State of Louisiana, 64 South. 670. ante, p. 661, and numbered 20,344, this day decided.

It is ordered, adjudged, and decreed that the judgment of the Court of Appeals in this case

be annulled, avoided, and reversed, and the judgment of the district court be reinstated and made the judgment of this court; costs to be paid by the plaintiff company in all courts.

PROVOSTY, J., being absent on account of illness, took no part.

━━━━

(64 South. 674.)

No. 20,346.

VERMILION SUGAR CO. v. IMMERGLUCK.

In re IMMERGLUCK.

(Feb. 2, 1914.   Rehearing Denied March 16, 1914.)

Action by the Vermilion Sugar Company against Joseph Immergluck. The Court of Appeals reversed a judgment for defendant, and he applies for certiorari or writ of review. Reversed and rendered.

Kitchell & Bailey, of Abbeville, for relator. Minos T. Gordy, Jr., of Abbeville, for respondent.

SOMMERVILLE, J.   For the reasons assigned in the case entitled Vermilion Sugar Company v. Louis Vallee, In re Louis Vallee, Applying for Certiorari or Writ of Review to the Court of Appeals, Parish of Vermilion, State of Louisiana, 64 South. 670, ante, p. 661, and numbered 20,344, this day decided.

It is ordered, adjudged, and decreed that the judgment of the Court of Appeals in this case be annulled, avoided, and reversed, and the judgment of the district court be reinstated and made the judgment of this court; costs to be paid by the plaintiff company in all courts.

PROVOSTY, J., being absent on account of illness, took no part.

━━━━

(64 South. 674.)

No. 19,515.

BROWN et al. v. PRODUCERS' OIL CO.

(Feb. 2, 1914.   On Application for Rehearing, March 18, 1914.)

*(Syllabus by the Court.)*

1. MINES AND MINERALS (§ 77*) — LEASE — TERMINATION—CONSIDERATION.

In a lease of valuable oil and mineral lands, the sum of $20, stipulated as liquidated damages for a breach of contract on the part of